# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
Jackie Lee § Case No. 16-22903
Rita Lee §
 §
 §
 Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/18/2016 . The undersigned trustee was appointed on 07/18/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $     3,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 50.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 2,950.00 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/12/2017 and the deadline for filing governmental claims was 01/12/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 750.00 , for a total compensation of $ 750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 31.85 , for total expenses of $ 31.85 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/01/2017               By: /s/Zane L. Zielinski, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 16-22903 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Jackie Lee | | | | Date Filed (f) or Converted (c): | 07/18/2016 (f) |
| | Rita Lee | | | | 341(a) Meeting Date: | 08/15/2016 |
| For Period Ending: | 05/01/2017 | | | | Claims Bar Date: | 01/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2902 Stone Creek Drive Joliet Il 60435-0000 Will | 193,701.00 | 0.00 | | 0.00 | FA |
| 2. 2013 Toyota Rav 4 Mileage: 40,000 | 16,606.00 | 0.00 | | 0.00 | FA |
| 3. 2004 Cadillac Escalade Ext | 7,000.00 | 0.00 | | 0.00 | FA |
| 4. 2006 Ford E250 Super Duty Cargo | 1,728.00 | 3,000.00 | | 3,000.00 | FA |
| 5. Dishes, Linens, Washer, Dryer, Stove, Refrigeerator, Couch, | 500.00 | 0.00 | | 0.00 | FA |
| 6. Tv, Computers, Cell Phones | 300.00 | 0.00 | | 0.00 | FA |
| 7. Ruger 150 Pistol | 150.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9. Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 46.00 | 0.00 | | 0.00 | FA |
| 11. Usaa Checking | 7.00 | 0.00 | | 0.00 | FA |
| 12. 401(K) | 25,000.00 | 0.00 | | 0.00 | FA |
| 13. Plumbing Tools | 300.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $245,588.00         $3,000.00         $3,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is reviewing claims and preparing a final report.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 16-22903 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Jackie Lee | Bank Name: Associated Bank | |
| Rita Lee | Account Number/CD#: XXXXXX1486 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4224 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/11/16 | 4 | Rita & jackie Liee Cashier's check | Settlement Payment | 1129-000 | $3,000.00 | | $3,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,980.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,970.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,960.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,950.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,000.00 | $50.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,000.00 | $50.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,000.00 | $50.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                Page Subtotals:                $3,000.00                $50.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1486 - Checking | $3,000.00 | $50.00 | $2,950.00 |
| | $3,000.00 | $50.00 | $2,950.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-22903  
Debtor Name: Jackie Lee  
Claims Bar Date: 1/12/2017  

Date: May 1, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $750.00 | $750.00 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $31.85 | $31.85 |
| 6 280 5800 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | | $0.00 | $950.72 | $950.72 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $1,096.29 | $1,096.29 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>Jh Portfolio Debt Equities Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,103.51 | $1,103.51 |
| 3 300 7100 | Quantum3 Group Llc As Agent For<br>Jh Portfolio Debt Equities Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,265.60 | $1,265.60 |
| 4 300 7100 | Quantum3 Group Llc As Agent For<br>Jh Portfolio Debt Equities Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,748.28 | $1,748.28 |
| 5 300 7100 | Quantum3 Group Llc As Agent For<br>Jh Portfolio Debt Equities Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,078.75 | $1,078.75 |
| 6 300 7100 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | | $0.00 | $18.85 | $18.85 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-22903  
Debtor Name: Jackie Lee  
Claims Bar Date: 1/12/2017  

Date: May 1, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | Quantum3 Group Llc As Agent For Credit Corp Solutions Inc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $6,166.45 | $6,166.45 |
| 8 300 7100 | Sterling Jewelers Inc. C/O Five Lakes Agency, Inc. P.O. Box 80730 Rochester, Mi 48308-0730 | Unsecured | | $0.00 | $45.97 | $45.97 |
| 9 300 7100 | Capital One Na C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $0.00 | $2,620.64 | $2,620.64 |
| 10 300 7100 | Sprint Attn Bankruptcy Dept Po Box 7949 Overland Park Ks 66207-0949 | Unsecured | | $0.00 | $947.57 | $947.57 |
| 11 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $1,593.02 | $1,593.02 |
| 12 300 7100 | Us Dept Of Education Claims Filing Unit Po Box 8973 Madison Wi 53708-8973 | Unsecured | | $0.00 | $23,273.70 | $23,273.70 |
| 13 300 7100 | Us Dept Of Education Claims Filing Unit Po Box 8973 Madison Wi 53708-8973 | Unsecured | | $0.00 | $28,720.35 | $28,720.35 |
| 14 300 7100 | Us Dept Of Education Claims Filing Unit Po Box 8973 Madison Wi 53708-8973 | Unsecured | | $0.00 | $39,980.23 | $39,980.23 |
| 15 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $1,898.67 | $1,898.67 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 16-22903  
Debtor Name: Jackie Lee  
Claims Bar Date: 1/12/2017

Date: May 1, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16 300 7100 | Citibank, N.A. C/O Quantum3 Group Llc Po Box 280 Kirkland, Wa 98083-0280 | Unsecured | | $0.00 | $748.77 | $748.77 |
| 17 300 7100 | Department Store National Bank C/O Quantum3 Group Llc Po Box 657 Kirkland, Wa 98083-0657 | Unsecured | | $0.00 | $1,444.84 | $1,444.84 |
| 18 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank(Sam"s Club) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $421.64 | $421.64 |
| 19 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank(Sam"s Club) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $389.68 | $389.68 |
| 20 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank Pob 41067 Norfolk Va 23541 | Unsecured | | $0.00 | $610.74 | $610.74 |
| 21 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Jc Penney Credit Card) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $1,816.91 | $1,816.91 |
| 22 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Walmart Credit Card) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $1,148.93 | $1,148.93 |
| 23 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Ashley Home Store) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $3,460.20 | $3,460.20 |
| 24 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Walmart Master Card) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $999.85 | $999.85 |
| | Case Totals | | | $0.00 | $124,332.01 | $124,332.01 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-22903    Date: May 1, 2017
Debtor Name: Jackie Lee
Claims Bar Date: 1/12/2017

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-22903
Case Name: Jackie Lee
                Rita Lee
Trustee Name: Zane L. Zielinski, Trustee

      Balance on hand        $     2,950.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 750.00 | $ 0.00 | $ 750.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 31.85 | $ 0.00 | $ 31.85 |

    Total to be paid for chapter 7 administrative expenses      $    781.85
    Remaining Balance      $    2,168.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 950.72 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | $ 950.72 | $ 0.00 | $ 950.72 |

| | Total to be paid to priority creditors | | | $ | 950.72 |
|---|---|---|---|---|---|
| | Remaining Balance | | | $ | 1,217.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,599.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 1,096.29 | $ 0.00 | $ 10.89 |
| 2 | Quantum3 Group Llc As Agent For | $ 1,103.51 | $ 0.00 | $ 10.96 |
| 3 | Quantum3 Group Llc As Agent For | $ 1,265.60 | $ 0.00 | $ 12.57 |
| 4 | Quantum3 Group Llc As Agent For | $ 1,748.28 | $ 0.00 | $ 17.36 |
| 5 | Quantum3 Group Llc As Agent For | $ 1,078.75 | $ 0.00 | $ 10.71 |
| 6 | Internal Revenue Service | $ 18.85 | $ 0.00 | $ 0.19 |
| 7 | Quantum3 Group Llc As Agent For | $ 6,166.45 | $ 0.00 | $ 61.23 |
| 8 | Sterling Jewelers Inc. | $ 45.97 | $ 0.00 | $ 0.46 |
| 9 | Capital One Na | $ 2,620.64 | $ 0.00 | $ 26.02 |
| 10 | Sprint | $ 947.57 | $ 0.00 | $ 9.41 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,593.02 | $ 0.00 | $ 15.82 |
| 12 | Us Dept Of Education | $ 23,273.70 | $ 0.00 | $ 231.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Us Dept Of Education | $ 28,720.35 | $ 0.00 | $ 285.20 |
| 14 | Us Dept Of Education | $ 39,980.23 | $ 0.00 | $ 397.01 |
| 15 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,898.67 | $ 0.00 | $ 18.85 |
| 16 | Citibank, N.A. | $ 748.77 | $ 0.00 | $ 7.44 |
| 17 | Department Store National Bank | $ 1,444.84 | $ 0.00 | $ 14.35 |
| 18 | Portfolio Recovery Associates, Llc | $ 421.64 | $ 0.00 | $ 4.19 |
| 19 | Portfolio Recovery Associates, Llc | $ 389.68 | $ 0.00 | $ 3.87 |
| 20 | Portfolio Recovery Associates, Llc | $ 610.74 | $ 0.00 | $ 6.06 |
| 21 | Portfolio Recovery Associates, Llc | $ 1,816.91 | $ 0.00 | $ 18.04 |
| 22 | Portfolio Recovery Associates, Llc | $ 1,148.93 | $ 0.00 | $ 11.41 |
| 23 | Portfolio Recovery Associates, Llc | $ 3,460.20 | $ 0.00 | $ 34.36 |
| 24 | Portfolio Recovery Associates, Llc | $ 999.85 | $ 0.00 | $ 9.92 |

Total to be paid to timely general unsecured creditors        $        1,217.43

Remaining Balance                                             $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE