# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§
Jackie Lee § Case No. 16-22903
Rita Lee §
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> 219 S. Dearborn Street
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/02/2017 in Courtroom ,
> Second Floor
> Joliet City Hall Building
> 150 West Jefferson Street
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2017        By: /s/ Zane L. Zielinski
                                   Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Jackie Lee § Case No. 16-22903
Rita Lee §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,000.00 |
| and approved disbursements of | $ | 50.00 |
| leaving a balance on hand of[1] | $ | 2,950.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 750.00 | $ 0.00 | $ 750.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 31.85 | $ 0.00 | $ 31.85 |
| Total to be paid for chapter 7 administrative expenses | | $ | 781.85 |
| Remaining Balance | | $ | 2,168.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 950.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | $ 950.72 | $ 0.00 | $ 950.72 |
| | Total to be paid to priority creditors | | | $ 950.72 |
| | Remaining Balance | | | $ 1,217.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,599.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 1,096.29 | $ 0.00 | $ 10.89 |
| 2 | Quantum3 Group Llc As Agent For | $ 1,103.51 | $ 0.00 | $ 10.96 |
| 3 | Quantum3 Group Llc As Agent For | $ 1,265.60 | $ 0.00 | $ 12.57 |
| 4 | Quantum3 Group Llc As Agent For | $ 1,748.28 | $ 0.00 | $ 17.36 |
| 5 | Quantum3 Group Llc As Agent For | $ 1,078.75 | $ 0.00 | $ 10.71 |
| 6 | Internal Revenue Service | $ 18.85 | $ 0.00 | $ 0.19 |
| 7 | Quantum3 Group Llc As Agent For | $ 6,166.45 | $ 0.00 | $ 61.23 |
| 8 | Sterling Jewelers Inc. | $ 45.97 | $ 0.00 | $ 0.46 |
| 9 | Capital One Na | $ 2,620.64 | $ 0.00 | $ 26.02 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Sprint | $ 947.57 | $ 0.00 | $ 9.41 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,593.02 | $ 0.00 | $ 15.82 |
| 12 | Us Dept Of Education | $ 23,273.70 | $ 0.00 | $ 231.11 |
| 13 | Us Dept Of Education | $ 28,720.35 | $ 0.00 | $ 285.20 |
| 14 | Us Dept Of Education | $ 39,980.23 | $ 0.00 | $ 397.01 |
| 15 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,898.67 | $ 0.00 | $ 18.85 |
| 16 | Citibank, N.A. | $ 748.77 | $ 0.00 | $ 7.44 |
| 17 | Department Store National Bank | $ 1,444.84 | $ 0.00 | $ 14.35 |
| 18 | Portfolio Recovery Associates, Llc | $ 421.64 | $ 0.00 | $ 4.19 |
| 19 | Portfolio Recovery Associates, Llc | $ 389.68 | $ 0.00 | $ 3.87 |
| 20 | Portfolio Recovery Associates, Llc | $ 610.74 | $ 0.00 | $ 6.06 |
| 21 | Portfolio Recovery Associates, Llc | $ 1,816.91 | $ 0.00 | $ 18.04 |
| 22 | Portfolio Recovery Associates, Llc | $ 1,148.93 | $ 0.00 | $ 11.41 |
| 23 | Portfolio Recovery Associates, Llc | $ 3,460.20 | $ 0.00 | $ 34.36 |
| 24 | Portfolio Recovery Associates, Llc | $ 999.85 | $ 0.00 | $ 9.92 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,217.43 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 16-22903-PSH
Jackie Lee                                                            Chapter 7
Rita Lee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt              Page 1 of 2              Date Rcvd: May 09, 2017
                              Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
db/jdb         +Jackie Lee,    Rita Lee,    2902 Stonecreek Drive,    Joliet, IL 60435-8792
25127416        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
25206023        Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
25209449        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
24733905        Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                Rochester, MI 48308-0730
25158404        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24997748        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2017 23:09:37
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK 73124-8866
24716083        E-mail/Text: cio.bncmail@irs.gov May 09 2017 23:01:52     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
25246032        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2017 23:09:43
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,    (JC PENNEY CREDIT CARD),
                POB 41067,   Norfolk, VA 23541
25246036        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2017 23:09:37
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,    (WALMART CREDIT CARD),
                POB 41067,   Norfolk, VA 23541
25246040        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2017 23:09:43
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,    (WALMART MASTER CARD),
                POB 41067,   Norfolk, VA 23541
25245629        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2017 23:09:44
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,    POB 41067,
                Norfolk, VA 23541
25245621        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2017 23:09:44
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK(SAM'S CLUB),    POB 41067,
                Norfolk, VA 23541
25246038        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2017 23:09:43
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,    (ASHLEY HOME STORE),
                POB 41067,   Norfolk, VA 23541
25139359       +E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2017 23:04:12
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
25026356        E-mail/Text: bnc-quantum@quantum3group.com May 09 2017 23:01:56
                Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                Kirkland, WA 98083-0788
25001723        E-mail/Text: bnc-quantum@quantum3group.com May 09 2017 23:01:56
                Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                Kirkland, WA 98083-0788
25127478        E-mail/Text: appebnmailbox@sprint.com May 09 2017 23:01:58     Sprint,    Attn Bankruptcy Dept,
                PO Box 7949,   Overland Park KS 66207-0949
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: May 09, 2017
                              Form ID: pdf006            Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
              Gloria M Longest    on behalf of Debtor 1 Jackie  Lee glongest@cbcast.com,   glongst@cbcast.com
              Gloria M Longest    on behalf of Debtor 2 Rita  Lee glongest@cbcast.com,   glongst@cbcast.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane  Zielinski, Trustee    trustee@zanezielinski.com,   zzielinski@ecf.epiqsystems.com
              Zane  Zielinski, Trustee    on behalf of Trustee Zane  Zielinski, Trustee
               trustee@zanezielinski.com,   zzielinski@ecf.epiqsystems.com
                                                                                        TOTAL: 5
```