# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jackie Lee | § | Case No. 16-22903 |
| Rita Lee | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 195,307.00
*(Without deducting any secured claims)*

Assets Exempt: 50,281.00

Total Distributions to Claimants: 2,168.15

Claims Discharged
Without Payment:  548,008.35

Total Expenses of Administration:  831.85

---

3) Total gross receipts of $ 3,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 234,626.05 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 831.85 | 831.85 | 831.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 955.77 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 308,420.88 | 122,599.44 | 122,599.44 | 2,168.15 |
| **TOTAL DISBURSEMENTS** | $ 544,002.70 | $ 123,431.29 | $ 123,431.29 | $ 3,000.00 |

4)  This case was originally filed under chapter 7 on  07/18/2016 .  The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/19/2017                          By:/s/Zane L. Zielinski, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Ford E250 Super Duty Cargo | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services, PO Box 5855 Carol Stream, IL 60197-5855 | | 16,557.05 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage, PO Box 14538 Des Moines, IA 50306-3538 | | 218,069.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 234,626.05** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 750.00 | 750.00 | 750.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 31.85 | 31.85 | 31.85 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 831.85 | $ 831.85 | $ 831.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service, PO Box 7346 Philadelphia, PA 19101-7346 | | 955.77 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 955.77 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services, P.O. Box 37188 Pittsburgh, PA 15250-7878 | | 302.00 | NA | NA | 0.00 |
| | ADT Security Services, P.O. Box 37188 Pittsburgh, PA 15250-7878 | | 302.00 | NA | NA | 0.00 |
| | Advanced Family Dental Joliet, 2241 Theodore Street Crest Hill, IL 60403 | | 50.00 | NA | NA | 0.00 |
| | Advanced Family Dental Joliet, 2241 Theodore Street Crest Hill, IL 60403 | | 50.00 | NA | NA | 0.00 |
| | Avid Dental PC, 115 Republic Avenue Joliet, IL 60435 | | 134.85 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avid Dental PC, 115 Republic Avenue Joliet, IL 60435 | | 134.85 | NA | NA | 0.00 |
| | Barclays Bank Delaware, Po Box 8801 Wilmington, DE 19899 | | 1,679.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, Po Box 8801 Wilmington, DE 19899 | | 1,679.00 | NA | NA | 0.00 |
| | Capital One, Po Box 30285 Salt Lake City, UT 84130 | | 1,597.00 | NA | NA | 0.00 |
| | Capital One, Po Box 30285 Salt Lake City, UT 84130 | | 1,597.00 | NA | NA | 0.00 |
| | Citibank NA/Citicorp Credit Svs, Centralized Bankruptcy Po Box 790040 Saint Louis, MO 63179 | | 978.00 | NA | NA | 0.00 |
| | Citibank NA/Citicorp Credit Svs, Centralized Bankruptcy Po Box 790040 Saint Louis, MO 63179 | | 978.00 | NA | NA | 0.00 |
| | Citibank Sears/Citicorp Credit Svs, Centralized Bankruptcy Po Box 790040 Saint Louis, MO 63179 | | 748.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank/Best Buy/Citicorp Crd Svs, Centralized Bankruptcy Po Box 790040 St Louis, MO 63179 | | 1,948.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot, Citicorp Crd Srvs/Centralized BK Po Box 790040 Saint Louis, MO 63179 | | 1,593.00 | NA | NA | 0.00 |
| | Comcast Cable, PO Box 3002 Southeastern, PA 19398-3002 | | 124.40 | NA | NA | 0.00 |
| | Comcast Cable, PO Box 3002 Southeastern, PA 19398-3002 | | 124.40 | NA | NA | 0.00 |
| | Comenity Bank/Carsons, Po Box 182125 Columbus, OH 43218 | | 1,748.00 | NA | NA | 0.00 |
| | Comenity Bank/Express, Po Box 18215 Columbus, OH 43218 | | 1,103.00 | NA | NA | 0.00 |
| | Comenity Bank/nwyrk&co, Po Box 18215 Columbus, OH 43218 | | 1,265.00 | NA | NA | 0.00 |
| | Credit Corp. Solutions Inc., 180 W. Election Road Draper, UT 84020 | | 6,166.45 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit First/CFNA/Firestone Auto, Bk13 Credit Operations Po Box 818011 Cleveland, OH 44181 | | 1,229.00 | NA | NA | 0.00 |
| | Credit First/CFNA/Firestone Auto, Bk13 Credit Operations Po Box 818011 Cleveland, OH 44181 | | 1,229.00 | NA | NA | 0.00 |
| | Credit Management, LP, Attn: Bankruptcy Po Box 118288 Carrolton, TX 75011 | | 260.00 | NA | NA | 0.00 |
| | Credit Management, LP, Attn: Bankruptcy Po Box 118288 Carrolton, TX 75011 | | 260.00 | NA | NA | 0.00 |
| | Devry Inc, Student Accounts 3300 N Campbell Ave Chicago, IL 60617 | | 500.00 | NA | NA | 0.00 |
| | Devry Inc, Student Accounts 3300 N Campbell Ave Chicago, IL 60617 | | 500.00 | NA | NA | 0.00 |
| | Edward Health Ventures, 26185 Network Place Chicago, IL 60673-1261 | | 10.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward Health Ventures, 26185 Network Place Chicago, IL 60673-1261 | | 10.00 | NA | NA | 0.00 |
| | Edward Hospital, 801 South Washington Street Naperville, IL 60540 | | 293.00 | NA | NA | 0.00 |
| | Edward Hospital, 801 South Washington Street Naperville, IL 60540 | | 293.00 | NA | NA | 0.00 |
| | Edward Hospital, PO Box 4207 Carol Stream, IL 60197-4207 | | 169.08 | NA | NA | 0.00 |
| | Edward Hospital, PO Box 4207 Carol Stream, IL 60197-4207 | | 169.08 | NA | NA | 0.00 |
| | EMP of Will County, PO Box 637527 Cincinnati, OH 45263-7527 | | 435.00 | NA | NA | 0.00 |
| | EMP of Will County, PO Box 637527 Cincinnati, OH 45263-7527 | | 435.00 | NA | NA | 0.00 |
| | Falguni Vasa MD SC, 720 Brom Dr., Ste. 204 Naperville, IL 60540-6534 | | 30.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Falguni Vasa MD SC, 720 Brom Dr., Ste. 204 Naperville, IL 60540-6534 | | 30.00 | NA | NA | 0.00 |
| | Heartland Cardiovascular Center, 301 N. Madison, Ste. 207 Joliet, IL 60435 | | 30.00 | NA | NA | 0.00 |
| | Heartland Cardiovascular Center, 301 N. Madison, Ste. 207 Joliet, IL 60435 | | 30.00 | NA | NA | 0.00 |
| | Joliet Radiological Service Corp., 36910 Treasury Center Chicago, IL 60694-6900 | | 9.00 | NA | NA | 0.00 |
| | Joliet Radiological Service Corp., 36910 Treasury Center Chicago, IL 60694-6900 | | 9.00 | NA | NA | 0.00 |
| | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers Po Box 1799 Akron, OH 44309 | | 44.00 | NA | NA | 0.00 |
| | Kohls/Capital One, Po Box 3120 Milwaukee, WI 53201 | | 2,620.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Leak and Sons Funeral Chapels, 18400 S.Pulaski Road Country Club Hills, IL 60478 | | 600.90 | NA | NA | 0.00 |
| | Leak and Sons Funeral Chapels, 18400 S.Pulaski Road Country Club Hills, IL 60478 | | 600.90 | NA | NA | 0.00 |
| | Maimoona S. Aijaz MD, PO Box 1992 Naperville, IL 60567-0192 | | 342.19 | NA | NA | 0.00 |
| | Maimoona S. Aijaz MD, PO Box 1992 Naperville, IL 60567-0192 | | 342.19 | NA | NA | 0.00 |
| | Massage Envy, 13400 Rt. 59, Ste. 118 Plainfield, IL 60585 | | 720.00 | NA | NA | 0.00 |
| | Massage Envy, 13400 Rt. 59, Ste. 118 Plainfield, IL 60585 | | 720.00 | NA | NA | 0.00 |
| | Medequip, 27 Brookline Aliso Viejo, CA 92656 | | 81.86 | NA | NA | 0.00 |
| | Medequip, 27 Brookline Aliso Viejo, CA 92656 | | 81.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit, 223 W Jackson Blvd Ste 700 Chicago, IL 60606 | | 293.00 | NA | NA | 0.00 |
| | Merchants Credit, 223 W Jackson Blvd Ste 700 Chicago, IL 60606 | | 293.00 | NA | NA | 0.00 |
| | Midland Credit Management Inc., PO Box 60578 Los Angeles, CA 90056-0578 | | 460.68 | NA | NA | 0.00 |
| | Monarch Recovery Management Inc, PO Box 16119 Philadelphia, PA 19114-0589 | | 1,593.02 | NA | NA | 0.00 |
| | Navy Federal Cr Union, Po Box 3500 Merrifield, VA 22119-3500 | | 6,187.00 | NA | NA | 0.00 |
| | Navy Federal Cr Union, Po Box 3500 Merrifield, VA 22119-3500 | | 7,253.00 | NA | NA | 0.00 |
| | Navy Federal Cr Union, Po Box 3500 Merrifield, VA 22119-3500 | | 7,253.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Navy Federal Cr Union, Po Box 3500 Merrifield, VA 22119-3500 | | 6,187.00 | NA | NA | 0.00 |
| | NCC Business Services Inc., PO Box 24739 Jacksonville, FL 32241-4739 | | 999.85 | NA | NA | 0.00 |
| | Nicor Gas, Bankruptcy Department 1844 Ferry Road Naperville, IL 60563 | | 1,000.00 | NA | NA | 0.00 |
| | Orland Park Police Department, 15100 S. Ravinia Avenue Orland Park, IL 60462 | | 60.00 | NA | NA | 0.00 |
| | Orland Park Police Department, 15100 S. Ravinia Avenue Orland Park, IL 60462 | | 60.00 | NA | NA | 0.00 |
| | Presence/St. Joseph Medical Center, 333 N. Madison St. Joliet, IL 60435 | | 33.00 | NA | NA | 0.00 |
| | Presence/St. Joseph Medical Center, 333 N. Madison St. Joliet, IL 60435 | | 33.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sharkninja Operating LLC, 180 Wells Ave. #200 Newton Center, MA 02459-3328 | | 179.84 | NA | NA | 0.00 |
| | Sharkninja Operating LLC, 180 Wells Ave. #200 Newton Center, MA 02459-3328 | | 179.84 | NA | NA | 0.00 |
| | Silver Cross Hospital, P.O. Box 100 Joliet, IL 60434-0100 | | 5,000.00 | NA | NA | 0.00 |
| | Silver Cross Hospital, P.O. Box 100 Joliet, IL 60434-0100 | | 5,000.00 | NA | NA | 0.00 |
| | Sprint, PO Box 4191 Carol Stream, IL 60197-4191 | | 941.00 | NA | NA | 0.00 |
| | Syncb/ashley Homestore, Attn: Bankrupty Po Box 103104 Roswell, GA 30076 | | 3,460.00 | NA | NA | 0.00 |
| | Syncb/HH Gregg, Po Box 103104 Roswell, GA 30076 | | 6,166.00 | NA | NA | 0.00 |
| | Synchrony Bank, Bankruptcy Dept PO Box 965061 Orlando, FL 32896-5061 | | 574.00 | NA | NA | 0.00 |
| | Synchrony Bank/ JC Penneys, Po Box 965064 Orlando, FL 32896 | | 1,816.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/Sams, Po Box 965064 Orlando, FL 32896 | | 389.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sams, Po Box 965064 Orlando, FL 32896 | | 421.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sams, Po Box 965064 Orlando, FL 32896 | | 389.00 | NA | NA | 0.00 |
| | Synchrony Bank/TJX, Po Box 965064 Orlando, FL 32896 | | 460.00 | NA | NA | 0.00 |
| | Synchrony Bank/TJX, Po Box 965064 Orlando, FL 32896 | | 460.00 | NA | NA | 0.00 |
| | Synchrony Bank/Walmart, Po Box 965064 Orlando, FL 32896 | | 999.00 | NA | NA | 0.00 |
| | Synchrony Bank-Sams Club, Bankruptcy Dept. PO Box 965060 Orlando, FL 32896-5060 | | 386.64 | NA | NA | 0.00 |
| | Synchrony Bank-Sams Club, Bankruptcy Dept. PO Box 965060 Orlando, FL 32896-5060 | | 354.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank-Sams Club, Bankruptcy Dept. PO Box 965060 Orlando, FL 32896-5060 | | 354.68 | NA | NA | 0.00 |
| | Target, C/O Financial & Retail Services Mailstop BT PO Box 9475 Minneapolis, MN 55440 | | 897.00 | NA | NA | 0.00 |
| | Target, C/O Financial & Retail Services Mailstop BT PO Box 9475 Minneapolis, MN 55440 | | 897.00 | NA | NA | 0.00 |
| | University Foot Specialists Ltd, 552 S. Washington, Ste. 116 Naperville, IL 60540-5694 | | 2,775.00 | NA | NA | 0.00 |
| | University Foot Specialists Ltd, 552 S. Washington, Ste. 116 Naperville, IL 60540-5694 | | 2,775.00 | NA | NA | 0.00 |
| | Us Dept of Education, Great Lakes Educational Loan Svs 2401 International Madison, WI 53704 | | 39,169.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept of Education, Great Lakes Educational Loan Svs. 2401 International Madison, WI 53704 | | 25,972.00 | NA | NA | 0.00 |
| | Us Dept of Education, Great Lakes Educational Loan Svs. 2401 International Madison, WI 53704 | | 21,000.00 | NA | NA | 0.00 |
| | Visa Dept Store National Bank/Macys, Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 1,444.00 | NA | NA | 0.00 |
| | Visa Dept Store National Bank/Macys, Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 1,444.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 1,078.00 | 1,096.29 | 1,096.29 | 19.39 |
| 9 | Capital One Na | 7100-000 | 2,620.00 | 2,620.64 | 2,620.64 | 46.35 |
| 16 | Citibank, N.A. | 7100-000 | 748.00 | 748.77 | 748.77 | 13.24 |
| 17 | Department Store National Bank | 7100-000 | 1,148.00 | 1,444.84 | 1,444.84 | 25.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | Portfolio Recovery Associates, Llc | 7100-000 | 1,816.00 | 1,816.91 | 1,816.91 | 32.13 |
| 22 | Portfolio Recovery Associates, Llc | 7100-000 | 1,148.00 | 1,148.93 | 1,148.93 | 20.32 |
| 23 | Portfolio Recovery Associates, Llc | 7100-000 | 3,460.00 | 3,460.20 | 3,460.20 | 61.20 |
| 24 | Portfolio Recovery Associates, Llc | 7100-000 | 999.00 | 999.85 | 999.85 | 17.69 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,593.00 | 1,593.02 | 1,593.02 | 28.17 |
| 15 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,948.00 | 1,898.67 | 1,898.67 | 33.58 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 1,103.00 | 1,103.51 | 1,103.51 | 19.52 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | 1,265.00 | 1,265.60 | 1,265.60 | 22.38 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | 1,748.00 | 1,748.28 | 1,748.28 | 30.92 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | 1,078.00 | 1,078.75 | 1,078.75 | 19.08 |
| 7 | Quantum3 Group Llc As Agent For | 7100-000 | 6,166.00 | 6,166.45 | 6,166.45 | 109.06 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Sprint | 7100-000 | 941.00 | 947.57 | 947.57 | 16.76 |
| 12 | Us Dept Of Education | 7100-000 | 21,000.00 | 23,273.70 | 23,273.70 | 411.62 |
| 13 | Us Dept Of Education | 7100-000 | 25,972.00 | 28,720.35 | 28,720.35 | 507.95 |
| 14 | Us Dept Of Education | 7100-000 | 39,169.00 | 39,980.23 | 39,980.23 | 707.09 |
| 6 | Internal Revenue Service | 7100-001 | NA | 18.85 | 18.85 | 0.19 |
| 18 | Portfolio Recovery Associates, Llc | 7100-001 | 421.00 | 421.64 | 421.64 | 7.46 |
| 19 | Portfolio Recovery Associates, Llc | 7100-001 | 386.64 | 389.68 | 389.68 | 6.89 |
| 20 | Portfolio Recovery Associates, Llc | 7100-001 | 574.00 | 610.74 | 610.74 | 10.80 |
| 8 | Sterling Jewelers Inc. | 7100-001 | 44.00 | 45.97 | 45.97 | 0.81 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 308,420.88 | $ 122,599.44 | $ 122,599.44 | $ 2,168.15 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-22903 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Jackie Lee | | | | Date Filed (f) or Converted (c): | 07/18/2016 (f) |
| | Rita Lee | | | | 341(a) Meeting Date: | 08/15/2016 |
| For Period Ending: | 10/19/2017 | | | | Claims Bar Date: | 01/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2902 Stone Creek Drive Joliet Il 60435-0000 Will | 193,701.00 | 0.00 | | 0.00 | FA |
| 2. 2013 Toyota Rav 4 Mileage: 40,000 | 16,606.00 | 0.00 | | 0.00 | FA |
| 3. 2004 Cadillac Escalade Ext | 7,000.00 | 0.00 | | 0.00 | FA |
| 4. 2006 Ford E250 Super Duty Cargo | 1,728.00 | 3,000.00 | | 3,000.00 | FA |
| 5. Dishes, Linens, Washer, Dryer, Stove, Refrigeerator, Couch, | 500.00 | 0.00 | | 0.00 | FA |
| 6. Tv, Computers, Cell Phones | 300.00 | 0.00 | | 0.00 | FA |
| 7. Ruger 150 Pistol | 150.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9. Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 46.00 | 0.00 | | 0.00 | FA |
| 11. Usaa Checking | 7.00 | 0.00 | | 0.00 | FA |
| 12. 401(K) | 25,000.00 | 0.00 | | 0.00 | FA |
| 13. Plumbing Tools | 300.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $245,588.00  $3,000.00  $3,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report was approve, and the case should close shortly.

Initial Projected Date of Final Report (TFR): 01/31/2017       Current Projected Date of Final Report (TFR): 01/31/2017

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-22903 | | Trustee Name: | Zane L. Zielinski, Trustee | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case Name: | Jackie Lee | | Bank Name: | Associated Bank | | |
| | Rita Lee | | Account Number/CD#: | XXXXXX1486 | | |
| | | | | Checking | | |
| Taxpayer ID No: | XX-XXX4224 | | Blanket Bond (per case limit): | $5,000,000.00 | | |
| For Period Ending: | 10/19/2017 | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/11/16 | 4 | Rita & jackie Liee Cashier's check | Settlement Payment | 1129-000 | $3,000.00 | | $3,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,980.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,970.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,960.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,950.00 |
| 06/02/17 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $781.85 | $2,168.15 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($750.00) | 2100-000 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($31.85) | 2200-000 | | |
| 06/02/17 | 5002 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5800-000 | | $950.72 | $1,217.43 |
| 06/02/17 | 5003 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 0.99 % per court order. | 7100-000 | | $10.89 | $1,206.54 |
| 06/02/17 | 5004 | Quantum3 Group Llc As Agent For Jh Portfolio Debt Equities Llc Po Box 788 Kirkland, Wa 98083-0788 | Distribution | | | $51.60 | $1,154.94 |

| | | | | | Page Subtotals: | $3,000.00 | $1,845.06 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-22903 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Jackie Lee | Bank Name: Associated Bank |
| Rita Lee | Account Number/CD#: XXXXXX1486 |
| | Checking |
| Taxpayer ID No: XX-XXX4224 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 2 representing a payment of 0.99 % per court order. | ($10.96) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 3 representing a payment of 0.99 % per court order. | ($12.57) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 4 representing a payment of 0.99 % per court order. | ($17.36) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 5 representing a payment of 0.99 % per court order. | ($10.71) | 7100-000 | | | |
| 06/02/17 | 5005 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $8.71 | $1,146.23 |
| | | Internal Revenue Service | Final distribution to claim 6 representing a payment of 0.99 % per court order. | ($0.19) | 7100-001 | | | |
| | | Sterling Jewelers Inc. | Final distribution to claim 8 representing a payment of 0.99 % per court order. | ($0.46) | 7100-001 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 18 representing a payment of 0.99 % per court order. | ($4.19) | 7100-001 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 19 representing a payment of 0.99 % per court order. | ($3.87) | 7100-001 | | | |
| 06/02/17 | 5006 | Quantum3 Group Llc As Agent For Credit Corp Solutions Inc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 7 representing a payment of 0.99 % per court order. | | 7100-000 | | $61.23 | $1,085.00 |
| 06/02/17 | 5007 | Capital One Na C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 9 representing a payment of 0.99 % per court order. | | 7100-000 | | $26.02 | $1,058.98 |
| 06/02/17 | 5008 | Sprint Attn Bankruptcy Dept Po Box 7949 Overland Park Ks 66207-0949 | Final distribution to claim 10 representing a payment of 0.99 % per court order. | | 7100-000 | | $9.41 | $1,049.57 |

$0.00  $105.37

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-22903 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Jackie Lee | Bank Name: Associated Bank |
| Rita Lee | Account Number/CD#: XXXXXX1486 |
| | Checking |
| Taxpayer ID No: XX-XXX4224 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/17 | 5009 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | $34.67 | $1,014.90 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 11 ($15.82) representing a payment of 0.99 % per court order. | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 15 ($18.85) representing a payment of 0.99 % per court order. | 7100-000 | | | |
| 06/02/17 | 5010 | Us Dept Of Education Claims Filing Unit Po Box 8973 Madison Wi 53708-8973 | Distribution | | | $913.32 | $101.58 |
| | | Us Dept Of Education | Final distribution to claim 12 ($231.11) representing a payment of 0.99 % per court order. | 7100-000 | | | |
| | | Us Dept Of Education | Final distribution to claim 13 ($285.20) representing a payment of 0.99 % per court order. | 7100-000 | | | |
| | | Us Dept Of Education | Final distribution to claim 14 ($397.01) representing a payment of 0.99 % per court order. | 7100-000 | | | |
| 06/02/17 | 5011 | Citibank, N.A. C/O Quantum3 Group Llc Po Box 280 Kirkland, Wa 98083-0280 | Final distribution to claim 16 representing a payment of 0.99 % per court order. | 7100-000 | | $7.44 | $94.14 |
| 06/02/17 | 5012 | Department Store National Bank C/O Quantum3 Group Llc Po Box 657 Kirkland, Wa 98083-0657 | Final distribution to claim 17 representing a payment of 0.99 % per court order. | 7100-000 | | $14.35 | $79.79 |
| 06/02/17 | 5013 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank Pob 41067 Norfolk Va 23541 | Final distribution to claim 20 representing a payment of 0.99 % per court order. | 7100-000 | | $6.06 | $73.73 |

Page Subtotals: $0.00 $975.84

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-22903 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Jackie Lee | Bank Name: Associated Bank |
| Rita Lee | Account Number/CD#: XXXXXX1486 |
| | Checking |
| Taxpayer ID No: XX-XXX4224 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 06/02/17 | 5014 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Jc Penney Credit Card) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 21 representing a payment of 0.99 % per court order. | 7100-000 | | $18.04 | $55.69 |
| 06/02/17 | 5015 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Walmart Credit Card) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 22 representing a payment of 0.99 % per court order. | 7100-000 | | $11.41 | $44.28 |
| 06/02/17 | 5016 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Ashley Home Store) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 23 representing a payment of 0.99 % per court order. | 7100-000 | | $34.36 | $9.92 |
| 06/02/17 | 5017 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Walmart Master Card) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 24 representing a payment of 0.99 % per court order. | 7100-000 | | $9.92 | $0.00 |
| 06/12/17 | 5002 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 6 representing a payment of 100.00 % per court order. Reversal Creditor Returned the check | 5800-000 | | ($950.72) | $950.72 |
| 08/31/17 | 5018 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 0.78 % per court order. | 7100-000 | | $8.50 | $942.22 |
| 08/31/17 | 5019 | Quantum3 Group Llc As Agent For Jh Portfolio Debt Equities Llc Po Box 788 Kirkland, Wa 98083-0788 | Distribution | | | $40.30 | $901.92 |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 2 representing a payment of 0.78 % per court order. ($8.56) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 3 representing a payment of 0.78 % per court order. ($9.81) | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | ($828.19) | |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-22903    Trustee Name: Zane L. Zielinski, Trustee    Exhibit 9
Case Name: Jackie Lee    Bank Name: Associated Bank
Rita Lee    Account Number/CD#: XXXXXX1486
   Checking
Taxpayer ID No: XX-XXX4224    Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 10/19/2017    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 4 representing a payment of 0.78 % per court order. | ($13.56) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 5 representing a payment of 0.78 % per court order. | ($8.37) | 7100-000 | | | |
| 08/31/17 | 5020 | Quantum3 Group Llc As Agent For Credit Corp Solutions Inc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 7 representing a payment of 0.78 % per court order. | 7100-000 | | $47.83 | $854.09 |
| 08/31/17 | 5021 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $11.38 | $842.71 |
| | | Sterling Jewelers Inc. | Final distribution to claim 8 representing a payment of 0.76 % per court order. | ($0.35) | 7100-001 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 18 representing a payment of 0.78 % per court order. | ($3.27) | 7100-001 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 19 representing a payment of 0.77 % per court order. | ($3.02) | 7100-001 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 20 representing a payment of 0.78 % per court order. | ($4.74) | 7100-001 | | | |
| 08/31/17 | 5022 | Capital One Na C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 9 representing a payment of 0.78 % per court order. | 7100-000 | | $20.33 | $822.38 |
| 08/31/17 | 5023 | Sprint Attn Bankruptcy Dept Po Box 7949 Overland Park Ks 66207-0949 | Final distribution to claim 10 representing a payment of 0.78 % per court order. | 7100-000 | | $7.35 | $815.03 |
| 08/31/17 | 5024 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | $27.08 | $787.95 |

   Page Subtotals:    $0.00    $113.97

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-22903 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Jackie Lee | Bank Name: Associated Bank | |
| Rita Lee | Account Number/CD#: XXXXXX1486 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4224 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/19/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 11 representing a payment of 0.78 % per court order. | ($12.35) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 15 representing a payment of 0.78 % per court order. | ($14.73) | 7100-000 | | | |
| 08/31/17 | 5025 | Us Dept Of Education Claims Filing Unit Po Box 8973 Madison Wi 53708-8973 | Distribution | | | $713.34 | $74.61 |
| | | Us Dept Of Education | Final distribution to claim 12 representing a payment of 0.78 % per court order. | ($180.51) | 7100-000 | | | |
| | | Us Dept Of Education | Final distribution to claim 13 representing a payment of 0.78 % per court order. | ($222.75) | 7100-000 | | | |
| | | Us Dept Of Education | Final distribution to claim 14 representing a payment of 0.78 % per court order. | ($310.08) | 7100-000 | | | |
| 08/31/17 | 5026 | Citibank, N.A. C/O Quantum3 Group Llc Po Box 280 Kirkland, Wa 98083-0280 | Final distribution to claim 16 representing a payment of 0.77 % per court order. | | 7100-000 | $5.80 | $68.81 |
| 08/31/17 | 5027 | Department Store National Bank C/O Quantum3 Group Llc Po Box 657 Kirkland, Wa 98083-0657 | Final distribution to claim 17 representing a payment of 0.78 % per court order. | | 7100-000 | $11.20 | $57.61 |
| 08/31/17 | 5028 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Jc Penney Credit Card) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 21 representing a payment of 0.78 % per court order. | | 7100-000 | $14.09 | $43.52 |
| 08/31/17 | 5029 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Walmart Credit Card) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 22 representing a payment of 0.78 % per court order. | | 7100-000 | $8.91 | $34.61 |

Page Subtotals:         $0.00      $753.34

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-22903 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Jackie Lee | Bank Name: Associated Bank | |
| Rita Lee | Account Number/CD#: XXXXXX1486 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4224 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/19/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/17 | 5030 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Ashley Home Store) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 23 representing a payment of 0.78 % per court order. | 7100-000 | | $26.84 | $7.77 |
| 08/31/17 | 5031 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Walmart Master Card) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 24 representing a payment of 0.78 % per court order. | 7100-000 | | $7.77 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,000.00 | $3,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,000.00 | $3,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,000.00 | $3,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $34.61 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1486 - Checking | $3,000.00 | $3,000.00 | $0.00 |
| | $3,000.00 | $3,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |

Page Subtotals:                    $0.00              $0.00